IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARY HOLT                                                                                    PLAINTIFF

v.                                      No. 4:11-cv-754-DPM

CAROLYN W. COLVIN, Commissioner,
Social Security Administration                                                    DEFENDANT

## JUDGMENT

The Court affirms the Commissioner's decision denying benefits. Holt's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 March 2013